

## NUMBER 13-14-00578-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**CARLOS & EMILY ENTERPRISES,
INC., AND CARLOS GARCIA,
INDIVIDUALLY, D/B/A EXPRESS
INTERNATIONAL,** Appellants,

**v.**

**JOSE LUIS MARTINEZ,** Appellee,

---

**On appeal from the County Court at Law No. 8
of Hidalgo County, Texas.**

---

## ORDER ON ABATEMENT

**Before Justices Rodriguez, Benavides, and Perkes
Order Per Curiam**

Appellants, Carlos & Emily Enterprises, Inc., and Carlos Garcia, Individually, d/b/a

Express International, attempt to appeal a judgment entered on June 16, 2014. On

October 2, 2014, upon review of the notice of appeal, the Clerk of this Court notified

appellants that it appeared that the appeal had not been timely perfected. The Clerk informed appellants that the defect must be corrected within ten days from the date of receipt of this letter, or the appeal would be dismissed. In its response to this notice, appellants have filed a motion for extension of time to respond, informing the Court that they received late notice of the judgment and have, accordingly, filed a motion with the trial court to determine the date that appellants received notice of the judgment pursuant to the Texas Rules of Civil Procedure. *See* TEX. R. CIV. P. 306a(4),(5).

Accordingly, appellants' motion for extension of time is GRANTED and this appeal is ABATED and REMANDED to the trial court for further proceedings in accordance with Texas Rule of Civil Procedure 306a. The trial court is directed to forward a supplemental clerk's record, including any orders rendered, and a supplemental reporter's record, if such is necessary, to this Court within thirty (30) days of the date of this order, or to notify this Court within such period indicating a date by which the trial court can comply.

PER CURIAM

Delivered and filed the
17th day of October, 2014.